Deon D. JENKINS, Plaintiff—Appellant,

v.

SOUTH CAROLINA DEPARTMENT OF CORRECTIONS; Kirkland Correctional Institution; Reception and Evaluation Center; L.F. Bessinger, Warden; Kershaw Correctional Institution; Oscar Faulkenberry, Warden; David Dunlap, Assistant Warden; Derwin Neasman, Major; Alice Flemming, Sergeant; Charles Miller, Captain; Jerome Armstrong; D. Mitchell; Samuel Sainyo; Judy Sullivan; Linda Nelson; Lieutenant Sanders; Brenda Hickman; Betty Bowers; Vernon Tucker; Officer Mitchell; Officer Truesdale; Officer Parker; Doctor McKinney; Sergeant Johnson; Joann Adams; Sergeant Thompson; Officer Tripplete; Lieutenant Durant; Officer Patterson; Officer Mahaffey; Sergeant Jones; Officer Paige; Officer Rennick; Officer Underwood; Daniel Dubose; Officer Clyburn; Officer Bowers; Lieutenant Dubose, Defendants—Appellees.

No. 05–6736.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 24, 2005.

Decided: Nov. 21, 2005.

Deon D. Jenkins, Appellant Pro Se.

Before LUTTIG, MICHAEL, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Deon D. Jenkins appeals the district court's order adopting the report and recommendation of the magistrate judge to dismiss his complaint filed under 42 U.S.C. § 1983 (2000) as frivolous. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Jenkins v. S.C. Dep't of Corr.*, No. CA–04–1132–HFF (D.S.C. May 3, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*